THE G. DROUVE COMPANY, a Corporation, Respondent, and CATHERINE GIULIANO, as Administratrix, etc., of ROSARIO GIULIANO, Deceased, Appellant, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 1, TOWN OF MAMARONECK, NEW YORK, and Others, Respondents; THE CHENEY COMPANY and Others, Appellants.— Judgment in an action to foreclose mechanics' liens unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.